445 A.2d 198

Commonwealth v. Drakeford, Appellant.

Submitted March 11, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

445 A.2d 198

Commonwealth v. Forbes, Appellant.

Commonwealth v. O'Neill, Appellant.

Submitted November 4, 1981. Jack M. Meyers, for Forbes, appellant; Thomas Q. Ciccone, Jr., for O'Neill, appellant; Paul S. Diamond, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Affirmed.